UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PROVIDED TO
SANTA ROSA C.I. ON
MAR 19 2023
FOR MAILING BY
N.M.

Notification to Appropriate
Officials in Prisoner Cases
Alleging Possible Danger of
Injury or Death

3:23CV344-TJC-MCR

Case No. 3:14-mc-52-J-34MCR

2023 MAR 24 PM 2:29
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA
FILED

EMERGENCY COMPLAINT FOR COURT IMMEDIATE ORDER FOR INSTITUTION AND THE INSPECTOR GENERAL OFFICE OF THE STATE OF FLORIDA TO ACT ON INMATE REQUEST FOR PROTECTION FROM STAFF AND GANG MEMBERS AT WALTON CORRECTIONAL INSTITUTION FROM THE DANGER OF DEATH, INJURY, AND IMMINENT PHYSICAL HARM

Dear Clerk,

On Nov. 4, 2022 i was severely beaten, and s-exually battered by correctional staff at Walton Corre-ctional institution, I was also threaten by these indivis- staff members that 'i am going kill you transgender and Gender Dysphoria motherfucker' and they tried to do so as they beat me, but God save me. These three staff members names is Sergeant Smith, Sgt. Lawrence, and officer Driggers of Walton Corr. Inst. Inspector Drew of the inspector general office for the state of florida has already taken the investigation into these allegations and has assigned an inspector general case number to this case.

On Nov. 2, 2022 officer Driggers put in my hands, as i was on my way back to my assigned dorm from

cont. →

#2
(2).

→ cont.
the kitchen a clear bag and in the clear bag it contained (8) grams of "fentenayl". He told me i need sale it for him and Sgt. Smith but he said i had better get $1,500.00 dollars to the cashapp ($Gator) in (24) hours. He said i did not have a choice in the matter and if i say no or don't get the money to the cashapp ($Gator) in (24) my transgender going regret and killed. He also stated you already know the strength ties me and Sgt. Smith has with the crips and the blood gang members so it No where i can run to, hide, or no wait a- but if i decided not to follow his orders and if i decided to tell anyone although other staff of higher authority is on these illegal buiness payroll. I contacted the attorney General's office concerning matter and they contacted the inspector General's office of this matter, but the matter was ignored by the I.G. office. I took the bag of fentenayl from Officer Driggers for the fear i would be killed, but hours later i pray to God about it and flushed it down the toilet where it belonged. I do not sale any drugs of no kind to anyone and my record will reflect that, but "Fentenayl" is a very dangerous drug and it's killing to many people every year, and these dirty staff to be bringing this "fentenayl" in "DOC" and when it's reported to the I.G. office of the state of Florida and for them to ignore the allegations is outrageous, or when someone life is in danger of being killed. The beating and the sexual battery i suffered (2) days after this incident on Nov. 4, 2022 was a retaliation act from this incident, and now the retaliation has followed me here at SARCI-ANNEX and administration along with inspector general office who is failing to take the appropriate measures to stop me from returning to Walton C.I. and being killed.

Pg. #2)                                                          cont. →

③.

cont.
Before i last departed from Walton C.I. on Nov. 21, 2022, while i was housed in the confinement unit H-Dormitory mental health SHOS cell from Nov. 13, 2022 thru Nov. 19, 2022 my meal trays had blood and dead insets in it prohibiting me from eating my meals, and the bloods & crips gang member whom i do not know yelling at me saying dead as soon as you return to Walton C.I.!.

I have no way of stoping myself from being killed as soon as i return to Walton C.I. by these staff members ofc. Driggers, Sgt. Smith, and Sgt. Lawrence, or by the bloods & crips gang members they have strong ties with due to illegal drug trade and buishness, and these three dirty cops & officials has put a price tag on me for my life to be taken away from me. I am not a gang member, nor do i have a (Sta) file of any kind, I am a Gender Dysphoria transger who identifies as a female who just wish to be safe and protected just from Walton C.I., and those staff member and gang members at Walton C.I. immediately.

Santa Rosa Correctional Institution-annex administration, along with its classification Dept. and the inspector General are all aware that if they return me back to Walton C.I. im in great danger of being killed by staff and the bloods & crips, but they have ignored my request and refuse to honor my request for protection need Walton C.I and the staff along with the gang members who's waiting me to return so they can kill me. Despite the physical abuse & the sexually battery by staff investigation is still active from Nov. 4, 2022 by the inspector general "Mr. Drew" for the State of florida.

Pg. #3)

cont.→

#④.

→ Cont.

So therefore, i respectfully request that this court enter an order for the institution Warden, and the inspector General for the state of florida to honor my "Protection" needs from Walton Correctional institution, the staff who's involved in the Nov. 4, 2022 sexual abuse investigation, and the gang members of the bloods & crips organizations at Walton Corr. Inst. ~~xxxxx~~ from the great possibly Danger of severe injury, death, and imminent physical harm and not to discriminate against me anymore due to my race and gender within (72) hours of the filing of the date of this complaint on the 19th day of March, 2023.

/s/ Michael A. Noel
NAME: Michael A. Noel
DC#: X11426
Address: Santa Rosa-Annex
5850 east milton Road
Milton, Fl. 32583

P.S. Dear Clerk,
Please send copy & reply to the above inmate the filing party asap please?

Pg.#4)